**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) |
|     ALFRIEDA M. SHEPARD, | ) |
| | ) |
| THE ENCLAVE AT COUNTRY LAKES | )   Case Number: 18-19195 |
| CONDOMINIUM ASSOCIATION, | )   Judge Janet S. Baer |
| an Illinois Not-For-Profit Corporation, | )   Bankruptcy - Chapter 7 |
| | ) |
|     Creditor, | ) |
| | ) |
|     v. | ) |
| | ) |
| ALFRIEDA M. SHEPARD, | ) |
|     Debtor. | ) |

**SECURED CREDITOR, THE ENCLAVE AT COUNTRY LAKES CONDOMINIUM
ASSOCIATION'S REPLY TO DEBTOR'S RESPONSE TO
MOTION FOR RELIEF FROM STAY**

NOW COMES the Secured Creditor, THE ENCLAVE AT COUNTRY LAKES CONDOMINIUM ASSOCIATION, by and through its counsel, Charles M. Keough, Dawn L. Moody, Gabriella R. Comstock, Jonathan D. Wassell, Bryan M. Wiley and Mark L. Littlefield of Keough and Moody, P.C. who states the following as its Reply to Debtor's Response to Secured Creditor's Motion for Relief from Stay:

(1)     The Debtor is the record owner of the property commonly known as 2580 Golf Ridge Circle, Naperville, Illinois, a property within the Enclave at Country Lakes Condominium Association, and she has been since November, 2002.

(2)     The Debtor's property within the Association is subject to the provisions of the Amended and Restated Declaration of Condominium Ownership, Easements, Restrictions and Covenants and By-Laws for The Enclave at Country Lakes Condominium Association (hereinafter "Declaration"), which was recorded as Document No. R2016-007904 in the Office of the DuPage County Recorder of Deeds.

(3)  Pursuant to the terms of the recorded Declaration, the Association has a perfected lien for unpaid assessments, late fees, and costs of collection against the Debtor's property.

(4)  The Debtor has been delinquent on her assessment account with Creditor dating back to January 31, 2015. Therefore, Creditor has maintained a lien against Debtor's property since that time.

(5)  On October 29, 2015, an Order of Possession and a judgment in a forcible entry and detainer action (eviction action) was entered against the Debtor and against the Debtor's property at 2580 Golf Ridge Circle, Naperville, Illinois, in the amount of $2,008.22 for unpaid assessments, $675.00 for attorney's fees and $297.00 for court costs. The stay on the Order of Possession expired on December 28, 2015. See certified copy of the October 29, 2015 DuPage County Circuit Court judgment Order, attached hereto as Exhibit A.

(6)  As of the date the instant Voluntary Petition for Chapter 7 bankruptcy was filed, July 9, 2018, the amount due to Creditor for assessments, late fees, and attorney's fees was $8,538.65. As of October 18, 2018, nothing has been paid toward the pre-petition arrears of $8,538.65, and that amount remains due and owing to Creditor at this time. See the Affidavit of the Association's property manager, attached hereto as Exhibit B.

(7)  As the Debtor's account has maintained a delinquent balance dating back to before the December 28, 2015 Order for Possession was entered, the Order for Possession remains enforceable against the property pursuant to 735 ILCS 5/9-111.

(8)  Even so, the question raised in Debtor's Response of whether the Order of Possession remains enforceable is a determination for an Illinois state court and is not relevant to determining the issue presented to this Court by Creditor's Motion for Relief from Stay.

(9) The issue presented by Creditor's Motion for Relief from Stay is whether this Court should lift the automatic stay in this bankruptcy proceeding as to Creditor.

(10) Pursuant to 11 U.S.C. 362(d)(1), a court shall grant relief from the stay for cause, including a lack of adequate protection.

(11) In making such a determination this Court should consider whether Debtor owes a debt to Creditor and, if so, whether Creditor is adequately protected by the Debtor's actions in repayment of that debt.

(12) As explained herein, the Debtor owed $8,538.65 to Creditor on the date this bankruptcy action was commenced, and the balance of Debtor's account exceeds that amount at this time.

(13) Creditor lacks adequate protection due to that ongoing delinquent balance and Debtor's failure to make regular, monthly payments to Creditor.

(14) Pursuant to 11 U.S.C. 362(d)(2), a court shall grant relief from the stay if the debtor does not have equity in the property and the property is not necessary to an effective reorganization.

(15) According to the valuation of the property on Debtor's bankruptcy schedules, the total balance of the liens against the property, including Creditor's lien, exceed the value of the property.

(16) Therefore, there is no equity in the property commonly known 2580 Golf Ridge Circle, Naperville, Illinois and it is not necessary for the Debtor's successful reorganization.

(17) Additionally, Debtor's failure to make assessment payments jeopardizes the Creditor's ability to meet its scheduled budget or fund reserves, both of which are essential to the maintenance, upkeep, repair and replacement of the common areas as required by the Creditor pursuant to the aforementioned Declaration of the Association recorded in DuPage County, Illinois.

(18) Creditor hereby denies the allegations stated in Debtor's Affirmative Response 1. However, even if what Debtor is alleging is true, Debtor is admitting that the account is delinquent and, therefore, the stay should be lifted.

(19) Creditor hereby agrees to the allegation stated in Debtor's Affirmative Response 2, in that Debtor has proposed to repay the delinquent balance owed to Creditor over multiple years.

(20) Creditor hereby agrees to the allegations stated in Debtor's Affirmative Response 3. Creditor offered a twelve (12) month payment plan to Debtor.

(21) Creditor hereby denies the allegations stated in Debtor's Affirmative Response 4. The facts here are misstated by Debtor.

(22) In response to the allegations in Debtor's Affirmative Response 5, Creditor asserts that the discharge in this case, if granted, will not extinguish or otherwise modify Creditor's lien for assessments as perfected by the Declaration of the Association recorded in DuPage County, Illinois.

(23) For the reasons set forth above, it would be inequitable to delay the enforcement of any order granting relief from the automatic stay with respect to the Creditor; therefore, Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, Secured Creditor, THE ENCLAVE AT COUNTRY LAKES CONDOMINIUM ASSOCIATION, respectfully requests this court to grant its MOTION FOR RELIEF FROM STAY, for Bankruptcy Rule 4001(a)(3) be waived, and for any and all further relief this court deems just and proper.

             Respectfully Submitted,
             THE ENCLAVE AT COUNTRY LAKES
             CONDOMINIUM ASSOCIATION,


           By:   /s/ Dawn L. Moody
               One of its attorneys

CHARLES M. KEOUGH/DAWN L. MOODY
GABRIELLA R. COMSTOCK/JONATHAN D. WASSELL
BRYAN M. WILEY/MARK L. LITTLEFIELD
KEOUGH AND MOODY, P.C.
Attorney Number 06283567
Attorney for Creditor
114 Est Van Buren
Naperville, IL 60540
(630) 369-2700
X:\client\Enclave at Country Lakes\collection\Shepard\BK 18-19195\Mt. Relief Reply.wpd

**KEOUGH & MOODY COLLECTS DEBTS FOR ASSOCIATIONS.  ANY AND ALL
INFORMATION OBTAINED CAN AND WILL BE USED FOR THIS PURPOSE.**

# EXHIBIT A

1280
1000

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**
**DUPAGE COUNTY, ILLINOIS**

I, Chris Kachiroubas, Clerk of the 18th Judicial Circuit Court DuPage County, Illinois, do hereby certify the above correct.
Date 05/22/2018  *** Electronically Issued ***
Chris Kachiroubas, Clerk
By CERVENY KIMBERLY
Deputy Clerk
This order is the command of the Circuit Court and violation thereof is subject to the penalty of the law.   4284324

| | |
|---|---|
| THE ENCLAVE AT COUNTRY LAKES CONDOMINIUM ASSOCIATION, an Illinois Not-For-Profit Corporation, Plaintiff, v. ALFRIEDA M. SHEPARD, and Any/All Unknown Tenants and/or Occupants  Defendant(s). | Case Number 15 LM 2723 |

**ORDER**
**(Forcible Entry and Detainer)**

The above entitled cause having been heard by the Court the complaint filed herein under the provisions of the statute entitled "An Act In Regard To Forcible Entry and Detainer," and Acts amendatory thereof and supplemental thereto, and having heard to the proofs adduced by the parties hereto, and being now fully advised in the premises:

**THE COURT FINDS** that the Plaintiff is entitled to the possession of the real estate hereinafter described, and that such possession is wrongfully withheld from the Plaintiff by the Defendant herein, and that there is due and owing to the Plaintiff from the Defendant's failure to pay sums for use and possession in the amount of **$2,008.22** for unpaid assessments and/or violation charges. **IT IS ACCORDINGLY HEREBY ORDERED** that the Plaintiff have and recover from the Defendant(s) herein, the immediate possession of the real estate described as:

**2580 Golf Ridge Circle Naperville, Illinois**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff have judgment against the Defendant for the sum of **$2,008.22** for unpaid assessments and/or violation charges, plus attorneys fees of **$675.00** for sums due to Plaintiff, and **$297.00** for the costs of this suit, and that immediate execution may issue thereon.

**IT IS FURTHER-ORDERED, ADJUDGED AND DECREED** that possession hereon be, and the same is, hereby stayed until **DECEMBER 28, 2015**, and that on or after said date, such order shall issue on Plaintiff's request without further notice or order of Court being required.

Keough & Moody, P.C.
Attorney No. 44771
1250 East Diehl Road, Suite 405
Naperville, Illinois  60563
(630) 369-2700
collection@kmlegal.com

E N T E R:
_____
JUDGE

Date: OCTOBER 29, 2015

Request received on 5/22/18 2:07 PM  Document supplied on 05/22/2018 14:38:54 # 4284324/17043985335
Click here or Visit http://www.i2file.net/dv to validate the certification of this document. Validation ID: DP-05222018-0238-54367

# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>    ALFRIEDA M. SHEPARD,<br><br>THE ENCLAVE AT COUNTRY LAKES<br>CONDOMINIUM ASSOCIATION,<br>an Illinois Not-For-Profit Corporation,<br><br>    Creditor,<br><br>v.<br><br>ALFRIEDA M. SHEPARD,<br><br>    Debtor. | Case Number: 18-19195<br>Judge Janet S. Baer<br>Bankruptcy - Chapter 7 |

### AFFIDAVIT

I, Christopher Kelly, upon oath affirm and state that I am over 18 years of age and if called to testify in this matter could do so competently and from my own personal knowledge as follows:

(1) My name is Christopher Kelly, and I am the Property Manager for The Enclave at Country Lakes Condominium Association.

(2) In that position, I am familiar with the books, records and accounts of the Association.

(3) There is a certain Declaration of Covenants and Restrictions for The Enclave at Country Lakes Condominium Association, which was recorded in the Cook County Recorder's Office.

(4) This Document provides for the collection of assessments and other charges from each of the owners at The Enclave at Country Lakes Condominium Association. In addition, the Declaration, along with Section 9.2 of the Illinois Condominium Property Act, provides for the reimbursement of the costs of collection of these assessments and charges, including reasonable attorney's fees.

(5) I am familiar with the property commonly known as 2580 Golf Ridge Circle, Naperville, Illinois.

(6) The foregoing property is part of The Enclave at Country Lakes Condominium Association and subject to the provisions of the aforementioned Declaration.

(7)     The Debtor Alfrieda M. Shepard, remains the record owner of the Subject Property and has been since November, 2002.

(8)     At the time the Debtor's instant bankruptcy petition was filed on July 9, 2018, the Debtor owed $8,538.65 for pre-petition unpaid assessments, common expenses, and late charges.

(9)     As of October 18, 2018, nothing has been paid toward the pre-petition arrears of $8,538.65, and that amount remains due and owing at this time. See current account statement, attached.

_____
Christopher Kelly
Property Manager


Signed and sworn to before me
on this 23rd day of October, 2018.

_____Kathryn Arteese_____
Notary Public

OFFICIAL SEAL
KATHRYN ARTEESE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/06/19


CHARLES M. KEOUGH/DAWN L. MOODY
GABRIELLA R. COMSTOCK/JONATHAN D. WASSELL
BRYAN M. WILEY/MARK L. LITTLEFIELD
KEOUGH AND MOODY, P.C.
Attorney Number 06283567
Attorney for Creditor
114 East Van Buren
Naperville, IL 60540
(630) 369-2700
X:\client\Enclave at Country Lakes\collection\Shepard\BK 18-19195\Affidavit - PM for MFRS Reply.wpd

## Keough & Moody, P.C.

Account Transaction Report
Full Transaction History

| | | | | | |
|---|---|---|---|---|---|
| **Association:** | Enclave at Country Lakes | | | | |
| **Owner Name** | Shepard, Alfrieda | | **Mailing Address:** | 2580 Golf Ridge Cir | |
| **Property Address** | 2580 Golf Ridge Cir | | | Naperville, IL 60563 | |
| **Customer Id** | R0321843L0272477 | | | | |
| **Last Referral:** | 01/30/2018 | | | | |

|  |  |  | **Beginning Balance:** |  | 0.00 |
|---|---|---|---|---|---|
| **Date** | **Document Number** | **Description** | **Charge** | **Payment** | **Balance** |
| 04/30/2015 | LFC-2015INC-95428-12 | Late Fee Charges - Incoming | 20.93 | | 20.93 |
| 04/30/2015 | LEGL-2015INC-95430-4 | Attorney Fee Charges - Incoming | 231.71 | | 252.64 |
| 05/01/2015 | RAS-2015M5-108860-164 | Assessment for May 2015 | 220.93 | | 473.57 |
| 06/01/2015 | RAS-2015M6-96649-181 | Assessment for June 2015 | 220.93 | | 694.50 |
| 06/05/2015 | LFC-2015M6-123663 | Late Payment Charges for June 2015 | 25.00 | | 719.50 |
| 07/01/2015 | RAS-2015M7-119471-229 | Assessment for July 2015 | 220.93 | | 940.43 |
| 07/05/2015 | LFC-2015M7-154600 | Late Payment Charges for July 2015 | 25.00 | | 965.43 |
| 08/01/2015 | RAS-2015M8-140660-238 | Assessment for August 2015 | 220.93 | | 1,186.36 |
| 08/05/2015 | LEGL-178650-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-inv 143470 | 80.00 | | 1,266.36 |
| 08/05/2015 | LFC-2015M8-185639 | Late Payment Charges for August 2015 | 25.00 | | 1,291.36 |
| 09/01/2015 | RAS-2015M9-177534-236 | Assessment for September 2015 | 220.93 | | 1,512.29 |
| 09/05/2015 | LFC-2015M9-230923 | Late Payment Charges for September 2015 | 25.00 | | 1,537.29 |
| 09/28/2015 | LEGL-256097-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-inv 147054 | 225.00 | | 1,762.29 |
| 10/01/2015 | RAS-2015M10-219012-228 | Assessment for October 2015 | 220.93 | | 1,983.22 |
| 10/06/2015 | LFC-2015M10-279983 | Late Payment Charges for October 2015 | 25.00 | | 2,008.22 |
| 10/22/2015 | LEGL-291862-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-inv 148604 | 857.00 | | 2,865.22 |
| 10/26/2015 | REVERSED-LEGL-291862-1 | Invoice Reversal (re: LEGL-291862-1): Legal Fees will be included under separate attorney fee affidavit | -857.00 | | 2,008.22 |
| 11/01/2015 | RAS-2015M11-258493-154 | Assessment for November 2015 | 220.93 | | 2,229.15 |
| 11/05/2015 | LFC-2015M11-314766 | Late Payment Charges for November 2015 | 25.00 | | 2,254.15 |
| 11/18/2015 | LEGL-316502-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-inv 150034 | 115.00 | | 2,369.15 |
| 12/01/2015 | RAS-2015M12-295091-157 | Assessment for December 2015 | 220.93 | | 2,590.08 |
| 12/05/2015 | LFC-2015M12-354116 | Late Payment Charges for December 2015 | 25.00 | | 2,615.08 |
| 01/01/2016 | RAS-2016M1-378494-216 | Assessment for January 2016 | 224.98 | | 2,840.06 |
| 01/11/2016 | LEGL-388299-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 153045 | 142.50 | | 2,982.56 |
| 02/01/2016 | RAS-2016M2-378495-193 | Assessment for February 2016 | 224.98 | | 3,207.54 |
| 02/05/2016 | LEGL-450898-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 154639 | 145.00 | | 3,352.54 |
| 02/22/2016 | LEGL-491128-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 150034 | 115.00 | | 3,467.54 |
| 02/22/2016 | LEGL-491131-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 148604 | 857.00 | | 4,324.54 |
| 02/23/2016 | 103 | Payment | | 225.00 | 4,099.54 |

| Date | Reference | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|
| 03/01/2016 | RAS-2016M3-448365-166 | Assessment for March 2016 | 224.98 | | 4,324.52 |
| 03/04/2016 | LEGL-498918-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 156062 | 648.00 | | 4,972.52 |
| 03/05/2016 | LFC-2016M3-516045 | Late Payment Charges for March 2016 | 25.00 | | 4,997.52 |
| 03/22/2016 | REVERSED-LEGL-491128-1 | Invoice Reversal (re: LEGL-491128-1): duplicate invoice | -115.00 | | 4,882.52 |
| 03/22/2016 | 104 | Payment | | 225.00 | 4,657.52 |
| 04/01/2016 | RAS-2016M4-496234-251 | Assessment for April 2016 | 224.98 | | 4,882.50 |
| 04/05/2016 | LFC-2016M4-552003 | Late Payment Charges for April 2016 | 25.00 | | 4,907.50 |
| 04/05/2016 | LEGL-545469-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 157822 | 145.00 | | 5,052.50 |
| 05/01/2016 | RAS-2016M5-534937-252 | Assessment for May 2016 | 224.98 | | 5,277.48 |
| 05/04/2016 | 0106 | Payment | | 225.00 | 5,052.48 |
| 05/04/2016 | 0107 | Payment | | 150.00 | 4,902.48 |
| 05/05/2016 | LFC-2016M5-608398 | Late Payment Charges for May 2016 | 25.00 | | 4,927.48 |
| 05/06/2016 | 109 | Payment | | 225.00 | 4,702.48 |
| 05/09/2016 | LEGL-608050-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 159567 BK | 435.00 | | 5,137.48 |
| 06/01/2016 | RAS-2016M6-580925-237 | Assessment for June 2016 | 224.98 | | 5,362.46 |
| 06/05/2016 | LFC-2016M6-651293 | Late Payment Charges for June 2016 | 25.00 | | 5,387.46 |
| 06/13/2016 | 110 | Payment | | 225.00 | 5,162.46 |
| 06/13/2016 | REVERSED-110 | Payment Reversal (re: 110). Account is in foreclosure - sending payment to collections | | -225.00 | 5,387.46 |
| 06/20/2016 | 0110 | Payment | | 225.00 | 5,162.46 |
| 07/01/2016 | RAS-2016M7-634842-138 | Assessment for July 2016 | 224.98 | | 5,387.44 |
| 07/05/2016 | LFC-2016M7-678583 | Late Payment Charges for July 2016 | 25.00 | | 5,412.44 |
| 07/07/2016 | LEGL-669599-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 162889 | 358.00 | | 5,770.44 |
| 07/07/2016 | LEGL-669600-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 162890 BK | 145.00 | | 5,915.44 |
| 08/01/2016 | RAS-2016M8-667313-222 | Assessment for August 2016 | 224.98 | | 6,140.42 |
| 08/03/2016 | LEGL-719860-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 164628 | 290.00 | | 6,430.42 |
| 08/03/2016 | LEGL-719862-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 164929 BK | 145.00 | | 6,575.42 |
| 08/05/2016 | LFC-2016M8-743502 | Late Payment Charges for August 2016 | 25.00 | | 6,600.42 |
| 08/08/2016 | 0111 | Payment | | 225.00 | 6,375.42 |
| 09/01/2016 | RAS-2016M9-717741-145 | Assessment for September 2016 | 224.98 | | 6,600.40 |
| 09/06/2016 | LFC-2016M9-772447 | Late Payment Charges for September 2016 | 25.00 | | 6,625.40 |
| 09/23/2016 | 0114 | Payment | | 225.00 | 6,400.40 |
| 10/01/2016 | RAS-2016M10-759947-143 | Assessment for October 2016 | 224.98 | | 6,625.38 |
| 10/05/2016 | LEGL-821732-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 167337 BK | 290.00 | | 6,915.38 |
| 10/05/2016 | LFC-2016M10-833114 | Late Payment Charges for October 2016 | 25.00 | | 6,940.38 |
| 10/26/2016 | 0115 | Payment | | 225.00 | 6,715.38 |
| 10/27/2016 | 1648128 | Payment | | 184.46 | 6,530.92 |
| 11/01/2016 | RAS-2016M11-809701-240 | Assessment for November 2016 | 224.98 | | 6,755.90 |

| Date | Reference | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|
| 11/05/2016 | LFC-2016M11-867694 | Late Payment Charges for November 2016 | 25.00 | | 6,780.90 |
| 12/01/2016 | RAS-2016M12-853769-193 | Assessment for December 2016 | 224.98 | | 7,005.88 |
| 12/05/2016 | 1650493 | Payment | | 184.46 | 6,821.42 |
| 12/06/2016 | LFC-2016M12-906092 | Late Payment Charges for December 2016 | 25.00 | | 6,846.42 |
| 12/13/2016 | 0121 | Payment | | 225.00 | 6,621.42 |
| 12/29/2016 | 1652766 | Payment | | 489.32 | 6,132.10 |
| 01/01/2017 | RAS-2017M1-892598-199 | Assessment for January 2017 | 231.73 | | 6,363.83 |
| 01/05/2017 | LFC-2017M1-932770 | Late Payment Charges for January 2017 | 25.00 | | 6,388.83 |
| 01/11/2017 | 123 | Payment | | 231.00 | 6,157.83 |
| 02/01/2017 | RAS-2017M2-922080-252 | Assessment for February 2017 | 231.73 | | 6,389.56 |
| 02/02/2017 | 1655085 | Payment | | 184.46 | 6,205.10 |
| 02/05/2017 | LFC-2017M2-972756 | Late Payment Charges for February 2017 | 25.00 | | 6,230.10 |
| 02/08/2017 | 126 | Payment | | 231.00 | 5,999.10 |
| 02/28/2017 | 1657652 | Payment | | 184.46 | 5,814.64 |
| 03/01/2017 | RAS-2017M3-950981-159 | Assessment for March 2017 | 231.73 | | 6,046.37 |
| 03/05/2017 | LFC-2017M3-1002563 | Late Payment Charges for March 2017 | 25.00 | | 6,071.37 |
| 03/10/2017 | 127 | Payment | | 231.00 | 5,840.37 |
| 03/24/2017 | 1660173 | Payment | | 184.46 | 5,655.91 |
| 04/01/2017 | RAS-2017M4-983845-243 | Assessment for April 2017 | 231.73 | | 5,887.64 |
| 04/05/2017 | LFC-2017M4-1051618 | Late Payment Charges for April 2017 | 25.00 | | 5,912.64 |
| 04/27/2017 | 1662533 | Payment | | 184.46 | 5,728.18 |
| 05/01/2017 | 0129 | Payment | | 231.00 | 5,497.18 |
| 05/01/2017 | RAS-2017M5-1037208-240 | Assessment for May 2017 | 231.73 | | 5,728.91 |
| 05/05/2017 | LFC-2017M5-1092529 | Late Payment Charges for May 2017 | 25.00 | | 5,753.91 |
| 05/31/2017 | 1664857 | Payment | | 184.46 | 5,569.45 |
| 06/01/2017 | RAS-2017M6-1077566-137 | Assessment for June 2017 | 231.73 | | 5,801.18 |
| 06/06/2017 | LFC-2017M6-1132618 | Late Payment Charges for June 2017 | 25.00 | | 5,826.18 |
| 06/23/2017 | 0134 | Payment | | 231.00 | 5,595.18 |
| 06/23/2017 | 1667088 | Payment | | 184.46 | 5,410.72 |
| 07/01/2017 | RAS-2017M7-1116555-178 | Assessment for July 2017 | 231.73 | | 5,642.45 |
| 07/05/2017 | LFC-2017M7-1163085 | Late Payment Charges for July 2017 | 25.00 | | 5,667.45 |
| 07/27/2017 | 9026532816 | Payment | | 256.73 | 5,410.72 |
| 07/27/2017 | 1669296 | Payment | | 184.46 | 5,226.26 |
| 08/01/2017 | RAS-2017M8-1150478-120 | Assessment for August 2017 | 231.73 | | 5,457.99 |
| 08/05/2017 | LFC-2017M8-1218545 | Late Payment Charges for August 2017 | 25.00 | | 5,482.99 |
| 08/31/2017 | 1671590 | Payment | | 30.07 | 5,452.92 |
| 09/01/2017 | RAS-2017M9-1187486-264 | Assessment for September 2017 | 231.73 | | 5,684.65 |
| 09/05/2017 | LFC-2017M9-1248506 | Late Payment Charges for September 2017 | 25.00 | | 5,709.65 |
| 10/01/2017 | RAS-2017M10-1233766-222 | Assessment for October 2017 | 231.73 | | 5,941.38 |
| 10/05/2017 | LFC-2017M10-1281335 | Late Payment Charges for October 2017 | 25.00 | | 5,966.38 |
| 11/01/2017 | RAS-2017M11-1266553-303 | Assessment for November 2017 | 231.73 | | 6,198.11 |
| 11/16/2017 | LFC-2017M11-1336377 | Late Payment Charges for November 2017 | 25.00 | | 6,223.11 |
| 11/30/2017 | 1678271 | Payment | | 707.77 | 5,515.34 |
| 12/01/2017 | RAS-2017M12-1306915-302 | Assessment for December 2017 | 231.73 | | 5,747.07 |
| 12/05/2017 | LEGL-1343862-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 187142 BK | 72.50 | | 5,819.57 |
| 12/16/2017 | LFC-2017M12-1366321 | Late Payment Charges for December 2017 | 25.00 | | 5,844.57 |
| 01/01/2018 | RAS-2018M1-1341398-236 | Assessment for January 2018 | 238.68 | | 6,083.25 |
| 01/16/2018 | LFC-2018M1-1396277 | Late Payment Charges for January 2018 | 25.00 | | 6,108.25 |
| 02/01/2018 | RAS-2018M2-1371457-206 | Assessment for February 2018 | 238.68 | | 6,346.93 |
| 02/16/2018 | LFC-2018M2-1439930 | Late Payment Charges for February 2018 | 25.00 | | 6,371.93 |

Account Transaction Report
Full Transaction History

| Date | Reference | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|
| 03/01/2018 | RAS-2018M3-1404647-181 | Assessment for March 2018 | 238.68 | | 6,610.61 |
| 03/16/2018 | LFC-2018M3-1477523 | Late Payment Charges for March 2018 | 25.00 | | 6,635.61 |
| 04/01/2018 | RAS-2018M4-1444524-163 | Assessment for April 2018 | 238.68 | | 6,874.29 |
| 04/04/2018 | LEGL-1485159-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 190301 | 300.00 | | 7,174.29 |
| 04/17/2018 | LFC-2018M4-1514080 | Late Payment Charges for April 2018 | 25.00 | | 7,199.29 |
| 05/01/2018 | RAS-2018M5-1483295-257 | Assessment for May 2018 | 238.68 | | 7,437.97 |
| 05/03/2018 | LEGL-1522340-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 191187 | 150.00 | | 7,587.97 |
| 05/16/2018 | LFC-2018M5-1551204 | Late Payment Charges for May 2018 | 25.00 | | 7,612.97 |
| 05/18/2018 | 0144 | Payment | | 238.68 | 7,374.29 |
| 05/30/2018 | LEGL-1558032-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 191995 | 362.00 | | 7,736.29 |
| 06/01/2018 | RAS-2018M6-1520100-132 | Assessment for June 2018 | 238.68 | | 7,974.97 |
| 06/16/2018 | LFC-2018M6-1587531 | Late Payment Charges for June 2018 | 25.00 | | 7,999.97 |
| 07/01/2018 | RAS-2018M7-1559068-196 | Assessment for July 2018 | 238.68 | | 8,238.65 |
| 07/03/2018 | LEGL-1596746-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 192874 | 300.00 | | 8,538.65 |
| 07/17/2018 | LFC-2018M7-1626136 | Late Payment Charges for July 2018 | 25.00 | | 8,563.65 |
| 08/01/2018 | RAS-2018M8-1595719-186 | Assessment for August 2018 | 238.68 | | 8,802.33 |
| 08/03/2018 | LEGL-1635606-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 193870 BK | 174.00 | | 8,976.33 |
| 08/06/2018 | 15064 | Payment | | 238.68 | 8,737.65 |
| 08/16/2018 | LFC-2018M8-1666043 | Late Payment Charges for August 2018 | 25.00 | | 8,762.65 |
| 08/30/2018 | 15085 | Payment | | 238.68 | 8,523.97 |
| 09/01/2018 | RAS-2018M9-1632922-204 | Assessment for September 2018 | 238.68 | | 8,762.65 |
| 09/05/2018 | LEGL-1680821-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 194772 | 781.00 | | 9,543.65 |
| 09/16/2018 | LFC-2018M9-1706737 | Late Payment Charges for September 2018 | 25.00 | | 9,568.65 |
| 09/26/2018 | 15102 | Payment | | 300.00 | 9,268.65 |
| 10/01/2018 | RAS-2018M10-1677369-240 | Assessment for October 2018 | 238.68 | | 9,507.33 |
| 10/04/2018 | LEGL-1715247-1 | Legal Charges in Connection with the Collection of Delinquent Assessments-Inv 195693 | 719.00 | | 10,226.33 |
| | | **Total Due:** | | | 10,226.33 |